

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00373-CV

Carissa L. **BEENE**,
Appellant

v.

Keith **HENNEKE** and David Escamilla,
Appellees

From the 425th Judicial District Court, Williamson County, Texas
Trial Court No. 18-1071-C425
Honorable David Peeples, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees Keith Henneke and David Escamilla recover their costs of the appeal from appellant Carissa L. Beene.

SIGNED March 11, 2020.

_____
Liza A. Rodriguez, Justice